7/19/2010

## DMT Diamond Invoices
## Outstanding Invoices to Deep Marine LLC

| Inv No | Date | Crew | Repair & Maint. | Other | Total Billed | Payment | Invoice Balance | Comments | Crew | Crew Wages & Benefits | Wages as % of Crew Billings |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34705 | 12/01/06 | 179,750.55 | 48,210.00 | | 227,960.55 | (215,660.57) | 12,299.98 | | 179,750.55 | 136,606.40 | 76.00% |
| 35746 | 10/01/07 | 169,463.43 | 48,210.00 | | 217,673.43 | | 217,673.43 | | 169,463.43 | 128,794.67 | 76.00% |
| 35848 | 11/01/07 | 174,291.70 | 49,817.00 | | 224,108.70 | | 224,108.70 | | 174,291.70 | 132,462.25 | 76.00% |
| 35883 | 11/12/07 | | | 33.77 | 33.77 | | 33.77 | | | - | |
| 35963 | 12/03/07 | 173,139.15 | 48,210.00 | | 221,349.15 | | 221,349.15 | | 173,139.15 | 131,584.44 | 76.00% |
| 36035 | 01/02/08 | 174,948.55 | 49,817.00 | | 224,765.55 | | 224,765.55 | | 174,948.55 | 132,963.35 | 76.00% |
| 36096 | 01/21/08 | | | 25.55 | 25.55 | | 25.55 | | | - | |
| 36122 | 02/02/08 | 181,769.02 | 49,817.00 | | 231,586.02 | | 231,586.02 | | 181,769.02 | 138,146.22 | 76.00% |
| 36160 | 02/13/08 | | | 21,161.09 | 21,161.09 | | 21,161.09 | | | - | |
| 36191 | 03/03/08 | 168,760.35 | 46,603.00 | | 215,363.35 | | 215,363.35 | | 168,760.35 | 128,255.26 | 76.00% |
| 36228 | 03/20/08 | | | 1,959.75 | 1,959.75 | | 1,959.75 | | | - | |
| 36257 | 04/01/08 | 179,576.36 | | | 179,576.36 | | 179,576.36 | | 179,576.36 | 136,478.26 | 76.00% |
| 36291 | 04/14/08 | | | 7,134.74 | 7,134.74 | | 7,134.74 | | | - | |
| 36301 | 04/29/08 | | | 11,847.52 | 11,847.52 | | 11,847.52 | | | - | |
| 36314 | 05/01/08 | 173,808.06 | | | 173,808.06 | | 173,808.06 | | 173,808.06 | 132,096.10 | 76.00% |
| 36332 | 05/12/08 | | | 5,986.75 | 5,986.75 | | 5,986.75 | | | - | |
| 36405 | 06/02/08 | 176,136.70 | | | 176,136.70 | | 176,136.70 | | 176,136.70 | 133,858.91 | 76.00% |
| 36452 | 07/03/08 | 160,224.26 | | | 160,224.26 | | 160,224.26 | | 160,224.26 | 121,779.82 | 76.01% |
| 36513 | 07/23/08 | 420,923.48 | | | 420,923.48 | | 420,923.48 | Note 1 | 420,923.48 | 319,948.32 | 76.01% |
| 36521 | 07/29/08 | 128,317.71 | | | 128,317.71 | | 128,317.71 | | 128,317.71 | 97,533.37 | 76.01% |
| 36767 | 11/21/08 | | | 28,423.67 | 28,423.67 | | 28,423.67 | | | - | |
| 36796 | 12/08/08 | 47,674.74 | | | 47,674.74 | | 47,674.74 | | 47,674.74 | 36,232.32 | 76.00% |
| 36867 | 01/07/09 | 225,875.99 | | | 225,875.99 | | 225,875.99 | | 225,875.99 | 171,667.92 | 76.00% |
| 36912 | 02/02/09 | 235,965.55 | | | 235,965.55 | | 235,965.55 | | 235,965.55 | 179,331.76 | 76.00% |
| 36977 | 02/26/09 | 51,256.80 | | | 51,256.80 | | 51,256.80 | Note 2 | 51,256.80 | 38,946.00 | |
| 36997 | 03/03/09 | 184,573.93 | | | 184,573.93 | | 184,573.93 | | 184,573.93 | 140,276.66 | 76.00% |
| 37067 | 04/01/09 | 171,565.84 | | | 171,565.84 | | 171,565.84 | | 171,565.84 | 130,396.70 | 76.00% |
| 37143 | 05/06/09 | 165,357.54 | | | 165,357.54 | | 165,357.54 | | 165,357.54 | 125,679.00 | 76.00% |
| 37216 | 06/05/09 | 174,627.57 | | | 174,627.57 | | 174,627.57 | | 174,627.57 | 132,719.92 | 76.00% |
| 37289 | 07/07/09 | 184,615.44 | | | 184,615.44 | | 184,615.44 | | 184,615.44 | 140,316.53 | 76.00% |
| 37346 | 08/03/09 | 190,392.26 | | | 190,392.26 | | 190,392.26 | | 190,392.26 | 144,709.10 | 76.01% |
| 37422 | 09/01/09 | 189,898.41 | | | 189,898.41 | | 189,898.41 | | 189,898.41 | 144,331.72 | 76.00% |
| 37517 | 10/05/09 | 185,020.11 | | | 185,020.11 | | 185,020.11 | | 185,020.11 | 140,616.17 | 76.00% |
| 37567 | 11/05/09 | 22,110.12 | | | 22,110.12 | | 22,110.12 | | 22,110.12 | 16,803.72 | 76.00% |
| **TOTALS** | | 4,490,043.62 | 340,684.00 | 76,572.84 | 4,907,300.46 | (215,660.57) | 4,691,639.89 | | 4,490,043.62 | 3,412,534.89 | 76.00% |

Note 1: Final billing for crewing vessel, after crew was removed on July 21, 2008 - billing is per 60 day cancellation notice in contract.

Note 2: Final billing of extra DP operator personnel Manning Days after instructions by Mr. Aaron Billings to terminate two additional wheelhouse personnel - charges are per 60 day cancellation notice in contract.

**DMT Diamond Invoices**
**Outstanding Invoices to Deep Marine LLC**

| Inv No | Inv Date | Crew Gross Pay | SS & Med | Unemp (Fed & St) | Company 401(k) Match | Provisions | Hosp Benefits | Crew Wages & Benefits | S&E | HR Overhead | P&I | 12% Profit | Repair & Maint | Other | Necessaries | TOTAL | Payments | Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34705 | 12/01/06 | 105,160.00 | 8,045.19 | 946.44 | 3,154.80 | 2,800.00 | 16,499.97 | 136,606.40 | 3,379.77 | 8,938.60 | 11,567.60 | 19,258.18 | 48,210.00 | | 91,354.15 | 227,960.55 | (215,660.57) | 12,299.98 |
| 35746 | 10/01/07 | 99,070.00 | 7,579.40 | 891.63 | 2,972.10 | 2,687.50 | 15,594.04 | 128,794.67 | 3,194.21 | 8,420.95 | 10,897.70 | 18,155.90 | 48,210.00 | - | 88,878.76 | 217,673.43 | | 217,673.43 |
| 35848 | 11/01/07 | 101,830.00 | 7,790.56 | 916.47 | 3,054.90 | 2,762.50 | 16,107.82 | 132,462.25 | 3,299.41 | 8,655.55 | 11,201.30 | 18,673.19 | 49,817.00 | | 91,646.45 | 224,108.70 | | 224,108.70 |
| 35883 | 11/12/07 | - | - | - | - | - | - | - | - | - | - | - | - | 33.77 | 33.77 | 33.77 | | 33.77 |
| 35963 | 12/03/07 | 101,130.00 | 7,737.00 | 910.17 | 3,033.90 | 2,737.50 | 16,035.87 | 131,584.44 | 3,284.64 | 8,595.05 | 11,124.30 | 18,549.72 | 48,210.00 | | 89,763.71 | 221,349.15 | | 221,349.15 |
| 36035 | 01/02/08 | 102,270.00 | 7,824.22 | 920.43 | 3,068.10 | 2,775.00 | 16,105.60 | 132,963.35 | 3,298.99 | 8,692.95 | 11,249.70 | 18,743.56 | 49,817.00 | - | 91,802.20 | 224,765.55 | | 224,765.55 |
| 36096 | 01/23/08 | | | | | | | | | | | | | | 25.55 | 25.55 | 25.55 | | 25.55 |
| 36122 | 02/02/08 | 106,280.00 | 8,130.99 | 956.52 | 3,188.40 | 2,875.00 | 16,715.31 | 138,146.22 | 3,423.89 | 9,033.80 | 11,690.80 | 19,474.31 | 49,817.00 | | 93,439.80 | 231,586.02 | | 231,586.02 |
| 36160 | 02/15/08 | | | | | | | | | | | | | | 21,161.09 | 21,161.09 | 21,161.09 | | 21,161.09 |
| 36191 | 03/03/08 | 98,560.00 | 7,540.37 | 887.04 | 2,956.80 | 2,662.50 | 15,648.55 | 128,255.26 | 3,205.29 | 8,377.60 | 10,841.60 | 18,080.60 | 46,603.00 | - | 87,108.09 | 215,363.35 | | 215,363.35 |
| 36228 | 03/20/08 | | | | | | | | | | | | | 1,959.75 | 1,959.75 | 1,959.75 | | 1,959.75 |
| 36257 | 04/01/08 | 104,960.00 | 8,030.00 | 944.64 | 3,148.80 | 2,837.50 | 16,557.32 | 136,478.26 | 3,391.50 | 8,921.60 | 11,545.60 | 19,239.40 | - | - | 43,098.10 | 179,576.36 | | 179,576.36 |
| 36291 | 04/14/08 | | | | | | | | | | | | | | 7,134.74 | 7,134.74 | 7,134.74 | | 7,134.74 |
| 36301 | 04/29/08 | - | - | - | - | - | - | - | - | - | - | - | - | 11,847.52 | 11,847.52 | 11,847.52 | | 11,847.52 |
| 36314 | 05/01/08 | 101,630.00 | 7,775.24 | 914.67 | 3,048.90 | 2,750.00 | 16,977.29 | 132,096.10 | 3,272.72 | 8,638.55 | 11,179.30 | 18,621.39 | | | 41,711.96 | 173,808.06 | | 173,808.06 |
| 36332 | 05/12/08 | - | - | - | - | - | - | - | - | - | - | - | - | 5,986.75 | 5,986.75 | 5,986.75 | | 5,986.75 |
| 36405 | 06/02/08 | 102,810.00 | 7,865.51 | 925.29 | 3,084.30 | 2,775.00 | 16,398.81 | 133,858.91 | 3,358.84 | 8,738.85 | 11,309.10 | 18,870.90 | | | 42,277.79 | 176,136.70 | | 176,136.70 |
| 36452 | 07/03/08 | 93,170.00 | 7,128.10 | 838.53 | 2,795.10 | 2,662.50 | 15,185.59 | 121,779.82 | 3,110.38 | 7,919.45 | 10,248.70 | 17,165.91 | - | - | 38,444.44 | 160,224.26 | | 160,224.26 |
| 36513 | 07/23/08 | 247,040.00 | 18,898.70 | 2,223.36 | 7,411.20 | 6,750.00 | 37,625.56 | 319,948.82 | 7,706.20 | 20,998.40 | 27,174.40 | 45,096.16 | | | 100,975.16 | 420,923.48 | | 420,923.48 |
| 36521 | 07/29/08 | 75,205.00 | 5,753.65 | 676.85 | 2,256.15 | 2,062.50 | 11,579.22 | 97,533.37 | 2,371.83 | 6,392.43 | 8,272.55 | 13,747.53 | - | - | 30,784.34 | 128,317.71 | | 128,317.71 |
| 36757 | 11/21/08 | | | | | | | | | | | | | | 28,423.67 | 28,423.67 | 28,423.67 | | 28,423.67 |
| 36796 | 12/08/08 | 27,870.00 | 2,132.10 | 250.86 | 836.10 | 750.00 | 4,393.26 | 36,232.32 | 899.88 | 2,368.98 | 3,065.70 | 5,107.86 | - | - | 11,442.42 | 47,674.74 | | 47,674.74 |
| 36867 | 01/07/09 | 132,150.00 | 10,109.83 | 1,189.43 | 3,964.50 | 3,562.50 | 20,691.66 | 171,667.92 | 4,238.47 | 11,232.83 | 14,536.50 | 24,200.27 | | | 54,208.07 | 225,875.99 | | 225,875.99 |
| 36912 | 02/02/09 | 138,330.00 | 10,582.72 | 1,245.05 | 4,149.90 | 3,650.00 | 21,374.09 | 179,331.76 | 4,378.32 | 11,758.13 | 15,216.30 | 25,281.04 | - | - | 56,633.79 | 235,965.55 | | 235,965.55 |
| 36977 | 02/26/09 | 30,000.00 | 2,295.00 | 270.00 | 900.00 | 750.00 | 4,781.00 | 38,946.00 | 969.00 | 2,550.00 | 3,300.00 | 5,491.80 | | | 12,510.80 | 51,256.80 | | 51,256.80 |
| 36997 | 03/03/09 | 108,155.00 | 8,274.21 | 973.49 | 3,244.65 | 2,875.00 | 16,754.31 | 140,276.66 | 3,432.02 | 9,193.27 | 11,897.05 | 19,774.93 | - | - | 44,297.27 | 184,573.93 | | 184,573.93 |
| 37067 | 04/01/09 | 100,510.00 | 7,689.40 | 904.67 | 3,015.30 | 2,712.50 | 15,564.83 | 130,396.70 | 3,188.44 | 8,543.45 | 11,056.10 | 18,381.17 | | | 41,169.14 | 171,565.84 | | 171,565.84 |
| 37143 | 05/06/09 | 96,840.00 | 7,408.68 | 871.56 | 2,905.20 | 2,625.00 | 15,028.56 | 125,679.00 | 3,078.60 | 8,231.40 | 10,652.40 | 17,716.14 | - | - | 39,678.54 | 165,357.54 | | 165,357.54 |
| 37246 | 06/05/09 | 102,080.00 | 7,809.39 | 918.84 | 3,062.40 | 2,775.00 | 16,074.29 | 132,719.92 | 3,292.69 | 8,676.92 | 11,228.80 | 18,709.24 | | | 41,907.65 | 174,627.57 | | 174,627.57 |
| 37289 | 07/07/09 | 107,720.00 | 8,240.95 | 969.48 | 3,231.60 | 3,000.00 | 17,154.50 | 140,316.53 | 3,513.96 | 9,156.20 | 11,849.20 | 19,779.55 | - | - | 44,298.91 | 184,615.44 | | 184,615.44 |
| 37346 | 08/03/09 | 111,150.00 | 8,501.73 | 1,000.17 | 3,333.50 | 3,100.00 | 17,643.80 | 144,709.10 | 3,614.15 | 9,446.05 | 12,224.30 | 20,398.66 | | | 45,683.16 | 190,392.76 | | 190,392.76 |
| 37422 | 09/01/09 | 110,950.00 | 8,487.97 | 998.55 | 3,328.50 | 3,062.50 | 17,504.20 | 144,331.72 | 3,585.69 | 9,430.75 | 12,204.50 | 20,345.75 | - | - | 45,566.69 | 189,898.41 | | 189,898.41 |
| 37517 | 10/05/09 | 108,320.00 | 8,286.93 | 974.88 | 3,249.60 | 2,900.00 | 16,884.76 | 140,615.17 | 3,458.74 | 9,207.20 | 11,915.20 | 19,872.80 | | | 44,453.94 | 185,020.11 | | 185,020.11 |
| 37567 | 11/05/09 | 12,920.00 | 988.44 | 116.28 | 387.60 | 350.00 | 2,041.40 | 16,803.72 | 418.16 | 1,098.20 | 1,421.20 | 2,368.84 | - | - | 5,306.40 | 22,110.12 | | 22,110.12 |
| TOTAL | | 2,626,090.00 | 200,907.78 | 23,635.30 | 78,782.70 | 71,250.00 | 411,869.11 | 3,412,534.89 | 84,365.89 | 223,218.14 | 288,869.90 | 481,054.80 | 340,684.00 | 76,572.84 | 1,494,765.57 | 4,907,300.46 | (215,660.57) | 4,691,639.89 |

DMT Diamond Invoices
Crew Wages & Benefits
Interest Calculation

| | | | | | | | | | | | Interest Calculation through 7/16/10 | | | Interest Calculation through 12/3/09 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inv No | Inv Date | Crew Gross Pay | SS & Med | Unemp (Fed & St) | Company 401(k) Match | Provisions | Hosp Benefits | Crew Wages & Benefits | Balance | Interest Begins | Interest Calculation Date | Number of Days O/S as of 7/16/10 | 1.5% Interest per Month | Interest Calculation Date | Number of Days O/S as of 12/3/09 | 1.5% Interest per Month |
| 34705 | 12/01/06 | 105,160.00 | 8,045.19 | 946.44 | 3,154.80 | 2,800.00 | 16,499.97 | 136,606.40 | - | | | | | | | |
| 35746 | 10/01/07 | 99,070.00 | 7,578.40 | 891.63 | 2,972.10 | 2,687.50 | 15,594.04 | 128,794.67 | 128,794.67 | 10/31/07 | 07/16/10 | 990.00 | 63,753.36 | 12/03/09 | 765.00 | 49,263.96 |
| 35848 | 11/01/07 | 101,830.00 | 7,790.56 | 916.47 | 3,054.90 | 2,762.50 | 16,107.82 | 132,462.25 | 132,462.25 | 12/01/07 | 07/16/10 | 959.00 | 63,515.65 | 12/03/09 | 734.00 | 48,613.65 |
| 35963 | 12/05/07 | 101,130.00 | 7,737.00 | 910.17 | 3,033.90 | 2,737.50 | 16,035.87 | 131,584.44 | 131,584.44 | 01/02/08 | 07/16/10 | 927.03 | 60,989.35 | 12/03/09 | 702.00 | 46,186.14 |
| 36035 | 01/02/08 | 102,270.00 | 7,824.22 | 920.43 | 3,068.10 | 2,775.00 | 16,105.60 | 132,963.35 | 132,963.35 | 02/01/08 | 07/16/10 | 897.00 | 59,634.06 | 12/03/09 | 672.00 | 44,675.69 |
| 36122 | 02/02/08 | 106,280.00 | 8,130.98 | 956.52 | 3,188.40 | 2,875.00 | 16,715.31 | 138,146.22 | 138,146.22 | 03/03/08 | 07/16/10 | 866.00 | 59,817.31 | 12/03/09 | 641.00 | 44,275.86 |
| 36191 | 03/03/08 | 98,560.00 | 7,540.37 | 887.04 | 2,956.80 | 2,662.50 | 15,648.55 | 128,255.26 | 128,255.26 | 04/02/08 | 07/16/10 | 836.00 | 53,610.70 | 12/03/09 | 611.00 | 39,181.98 |
| 36257 | 04/01/08 | 104,960.00 | 8,030.00 | 944.64 | 3,148.80 | 2,837.50 | 16,557.32 | 136,478.26 | 136,478.26 | 05/01/08 | 07/16/10 | 807.00 | 55,068.93 | 12/03/09 | 582.00 | 39,715.17 |
| 36314 | 05/01/08 | 101,630.00 | 7,775.24 | 914.67 | 3,048.90 | 2,750.00 | 15,977.29 | 132,096.10 | 132,096.10 | 05/31/08 | 07/16/10 | 777.00 | 51,319.33 | 12/03/09 | 552.00 | 36,458.52 |
| 36405 | 06/02/08 | 102,810.00 | 7,865.51 | 925.29 | 3,084.30 | 2,775.00 | 16,398.81 | 133,858.91 | 133,858.91 | 07/02/08 | 07/16/10 | 745.00 | 49,862.44 | 12/03/09 | 520.00 | 34,803.32 |
| 36452 | 07/03/08 | 93,170.00 | 7,128.10 | 838.53 | 2,795.10 | 2,662.50 | 15,185.59 | 121,779.82 | 121,779.82 | 08/02/08 | 07/16/10 | 714.00 | 43,475.40 | 12/03/09 | 489.00 | 29,775.17 |
| 36513 | 07/25/08 | 247,040.00 | 18,900.20 | 2,223.36 | 7,411.20 | 6,750.00 | 37,623.56 | 319,948.32 | 319,948.32 | 08/22/08 | 07/16/10 | 694.00 | 111,022.07 | 12/03/09 | 469.00 | 75,017.65 |
| 36521 | 07/29/08 | 75,205.00 | 5,753.65 | 676.85 | 2,256.15 | 2,062.50 | 11,579.22 | 97,533.37 | 97,533.37 | 08/28/08 | 07/16/10 | 688.00 | 33,551.48 | 12/03/09 | 463.00 | 22,578.98 |
| 36796 | 12/05/08 | 27,870.00 | 2,132.10 | 250.86 | 836.10 | 750.00 | 4,393.26 | 36,232.32 | 36,232.32 | 01/07/09 | 07/16/10 | 556.00 | 10,072.58 | 12/03/09 | 331.00 | 5,996.45 |
| 36867 | 01/07/09 | 132,150.00 | 10,109.83 | 1,189.43 | 3,964.50 | 3,562.50 | 20,691.66 | 171,667.92 | 171,667.92 | 02/06/09 | 07/16/10 | 526.00 | 45,148.66 | 12/03/09 | 301.00 | 25,836.02 |
| 36912 | 02/02/09 | 138,330.00 | 10,582.72 | 1,245.05 | 4,149.90 | 3,650.00 | 21,374.09 | 179,331.76 | 179,331.76 | 03/04/09 | 07/16/10 | 500.00 | 44,832.94 | 12/03/09 | 275.00 | 24,658.12 |
| 36977 | 02/26/09 | 30,000.00 | 2,295.00 | 270.00 | 900.00 | 750.00 | 4,731.00 | 38,946.00 | 38,946.00 | 03/28/09 | 07/16/10 | 476.00 | 9,269.15 | 12/03/09 | 251.00 | 4,887.72 |
| 36997 | 03/03/09 | 108,155.00 | 8,274.21 | 973.40 | 3,244.65 | 2,875.00 | 16,754.31 | 140,276.66 | 140,276.66 | 04/02/09 | 07/16/10 | 471.00 | 33,015.15 | 12/03/09 | 246.00 | 17,254.03 |
| 37067 | 04/01/09 | 100,510.00 | 7,689.40 | 904.67 | 3,015.30 | 2,712.50 | 15,564.83 | 130,396.70 | 130,396.70 | 05/01/09 | 07/16/10 | 442.00 | 28,817.67 | 12/03/09 | 217.00 | 14,148.04 |
| 37143 | 05/06/09 | 96,840.00 | 7,403.68 | 871.56 | 2,905.20 | 2,625.00 | 15,028.56 | 125,679.00 | 125,679.00 | 06/05/09 | 07/16/10 | 407.00 | 25,575.68 | 12/03/09 | 182.00 | 11,436.79 |
| 37216 | 06/05/09 | 102,080.00 | 7,809.39 | 918.84 | 3,062.40 | 2,775.00 | 16,074.29 | 132,719.92 | 132,719.92 | 07/05/09 | 07/16/10 | 377.00 | 25,017.70 | 12/03/09 | 152.00 | 10,086.71 |
| 37269 | 07/07/09 | 107,720.00 | 8,240.95 | 969.48 | 3,231.60 | 3,000.00 | 17,154.50 | 140,316.53 | 140,316.53 | 08/06/09 | 07/16/10 | 345.00 | 24,204.60 | 12/03/09 | 120.00 | 8,418.77 |
| 37346 | 08/03/09 | 111,130.00 | 8,501.73 | 1,000.17 | 3,333.90 | 3,100.00 | 17,643.30 | 144,709.10 | 144,709.10 | 09/02/09 | 07/16/10 | 318.00 | 23,008.75 | 12/03/09 | 93.00 | 6,728.97 |
| 37422 | 09/01/09 | 110,650.00 | 8,467.97 | 994.55 | 3,328.50 | 3,062.50 | 17,504.20 | 144,331.72 | 144,331.72 | 10/01/09 | 07/16/10 | 289.00 | 20,855.93 | 12/03/09 | 64.00 | 4,618.62 |
| 37517 | 10/05/09 | 108,320.00 | 8,286.93 | 974.88 | 3,249.60 | 2,900.00 | 16,884.76 | 140,616.17 | 140,616.17 | 11/04/09 | 07/16/10 | 255.00 | 17,928.56 | 12/03/09 | 30.00 | 2,109.24 |
| 37547 | 11/05/09 | 12,920.00 | 988.44 | 116.28 | 387.60 | 350.00 | 2,041.40 | 16,803.72 | 16,803.72 | 12/05/09 | 07/16/10 | 224.00 | 1,882.02 | | | |
| TOTAL | | 2,626,090.00 | 200,907.78 | 23,635.30 | 78,782.70 | 71,250.00 | 411,869.11 | 3,412,534.89 | 3,275,928.49 | | | | 1,015,269.56 | | | 646,736.02 |

**DMT Diamond Invoices**
**Necessaries**
**Interest Calculation**

| Inv.No | Inv.Date | S&E | HR Overhead | P&I | 12% Profit | Repair & Maint | Other | Total | Balance | Interest Begins | Interest Calculation Date | Number of Days O/S as of 7/16/10 | 1.5% Interest per Month | Interest Calculation Date | Number of Days O/S as of 12/3/09 | 1.5% Interest per Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34705 | 12/01/06 | 3,379.77 | 8,938.60 | 11,567.60 | 19,258.18 | 48,210.00 | | 91,354.15 | 12,299.98 | 12/31/06 | 07/16/10 | 1,294.00 | 7,958.09 | 12/03/09 | 1,069.00 | 6,574.34 |
| 35745 | 10/01/07 | 3,194.71 | 8,420.95 | 10,897.70 | 18,155.50 | 48,210.00 | | 88,878.76 | 88,878.76 | 10/31/07 | 07/16/10 | 990.00 | 43,964.99 | 12/03/09 | 765.00 | 33,996.13 |
| 35848 | 11/01/07 | 3,299.41 | 8,655.55 | 11,201.30 | 18,673.19 | 49,817.00 | | 91,646.45 | 91,646.45 | 12/01/07 | 07/16/10 | 959.00 | 43,944.47 | 12/03/09 | 734.00 | 33,634.25 |
| 35883 | 11/12/07 | | | | 33.77 | | | 33.77 | 33.77 | 12/12/07 | 07/16/10 | 948.00 | 16.01 | 12/03/09 | 723.00 | 12.21 |
| 35963 | 12/03/07 | 3,284.64 | 8,596.05 | 11,124.30 | 18,549.72 | 48,210.00 | | 89,764.71 | 89,764.71 | 01/02/08 | 07/16/10 | 927.00 | 41,605.94 | 12/03/09 | 702.00 | 31,507.41 |
| 36035 | 12/21/07 | 3,298.99 | 8,692.95 | 11,249.70 | 18,743.66 | 49,817.00 | | 91,802.30 | 91,802.30 | 02/01/08 | 07/16/10 | 897.00 | 41,173.49 | 12/03/09 | 672.00 | 30,845.50 |
| 36096 | 01/21/08 | | | | | | 25.55 | 25.55 | 25.55 | 02/20/08 | 07/16/10 | 878.00 | 11.22 | 12/03/09 | 653.00 | 8.34 |
| 36127 | 02/08/08 | 3,423.89 | 9,033.80 | 11,690.80 | 19,474.31 | 49,817.00 | | 93,439.80 | 93,439.80 | 03/09/08 | 07/16/10 | 865.00 | 40,399.48 | 12/03/09 | 640.00 | 29,901.40 |
| 36160 | 02/13/08 | | | | | | 21,161.09 | 21,161.09 | 21,161.09 | 03/14/08 | 07/16/10 | 855.00 | 9,046.37 | 12/03/09 | 630.00 | 6,665.74 |
| 36191 | 03/03/08 | 3,205.29 | 8,477.60 | 10,944.60 | 18,089.60 | 46,591.00 | | 87,308.09 | 87,308.09 | 04/02/08 | 07/16/10 | 835.00 | 36,441.13 | 12/03/09 | 610.00 | 26,613.72 |
| 36228 | 03/20/08 | | | | | | 1,959.75 | 1,959.75 | 1,959.75 | 04/19/08 | 07/16/10 | 819.00 | 802.52 | 12/03/09 | 594.00 | 582.05 |
| 36257 | 04/01/08 | 3,291.50 | 8,921.60 | 10,566.60 | 19,289.40 | | | 83,098.10 | 83,098.10 | 05/01/08 | 07/16/10 | 807.00 | 33,530.05 | 12/03/09 | 582.00 | 24,181.53 |
| 36291 | 04/14/08 | | | | | | 7,134.74 | 7,134.74 | 7,134.74 | 05/14/08 | 07/16/10 | 794.00 | 2,832.49 | 12/03/09 | 569.00 | 2,029.83 |
| 36301 | 04/29/08 | | | | | | 11,849.57 | 11,849.57 | 11,849.57 | 05/29/08 | 07/16/10 | 779.00 | 4,615.61 | 12/03/09 | 554.00 | 3,281.74 |
| 36314 | 05/01/08 | 3,272.72 | 8,638.55 | 11,179.30 | 18,621.39 | | | 41,711.96 | 41,711.96 | 05/31/08 | 07/16/10 | 777.00 | 16,205.10 | 12/03/09 | 552.00 | 11,512.50 |
| 36337 | 05/12/08 | | | | | | 5,986.75 | 5,986.75 | 5,986.75 | 06/11/08 | 07/16/10 | 766.00 | 2,292.93 | 12/03/09 | 541.00 | 1,619.41 |
| 36405 | 06/02/08 | 3,358.94 | 8,738.85 | 11,309.10 | 18,870.90 | | | 42,277.79 | 42,277.79 | 07/02/08 | 07/16/10 | 745.00 | 15,748.48 | 12/03/09 | 520.00 | 10,992.23 |
| 36452 | 07/03/08 | 3,110.85 | 8,219.45 | 10,648.70 | 17,465.91 | | | 39,444.91 | 39,444.91 | 08/02/08 | 07/16/10 | 715.00 | 13,372.67 | 12/03/09 | 490.00 | 9,886.97 |
| 36513 | 07/23/08 | 7,706.20 | 20,998.40 | 27,174.40 | 45,096.16 | | | 100,975.16 | 100,975.16 | 08/22/08 | 07/16/10 | 694.00 | 35,038.38 | 12/03/09 | 469.00 | 23,678.68 |
| 36571 | 07/29/08 | 2,337.13 | 6,392.93 | 8,277.55 | 13,747.23 | | | 30,783.84 | 30,783.84 | 08/28/08 | 07/16/10 | 688.00 | 10,589.41 | 12/03/09 | 463.00 | 7,128.57 |
| 36767 | 11/21/08 | | | | | | 28,423.67 | 28,423.67 | 28,423.67 | 12/21/08 | 07/16/10 | 573.00 | 8,143.38 | 12/03/09 | 348.00 | 4,945.72 |
| 36796 | 12/03/08 | 3,199.88 | 8,458.98 | 11,043.70 | 18,340.86 | | | 41,042.42 | 11,042.42 | 01/02/09 | 07/16/10 | 561.00 | 3,100.93 | 12/03/09 | 336.00 | 1,853.12 |
| 36867 | 01/07/09 | 4,238.47 | 11,232.83 | 14,536.50 | 24,200.27 | | | 54,208.07 | 54,208.07 | 02/06/09 | 07/16/10 | 526.00 | 14,256.72 | 12/03/09 | 301.00 | 8,158.31 |
| 36917 | 02/02/09 | 4,378.32 | 11,758.13 | 15,216.30 | 25,281.04 | | | 56,633.79 | 56,633.79 | 03/04/09 | 07/16/10 | 500.00 | 14,158.45 | 12/03/09 | 275.00 | 7,787.15 |
| 36977 | 02/26/09 | 969.00 | 2,550.00 | 3,300.00 | 5,491.80 | | | 12,310.80 | 12,310.80 | 03/28/09 | 07/16/10 | 476.00 | 2,929.97 | 12/03/09 | 251.00 | 1,545.01 |
| 36997 | 03/03/09 | 1,447.07 | 9,193.22 | 11,897.05 | 19,774.93 | | | 44,297.27 | 44,297.27 | 04/02/09 | 07/16/10 | 471.00 | 10,432.01 | 12/03/09 | 246.00 | 5,449.56 |
| 37067 | 04/01/09 | 3,188.44 | 8,543.43 | 11,056.10 | 18,381.17 | | | 41,169.14 | 41,169.14 | 05/01/09 | 07/16/10 | 442.00 | 9,098.38 | 12/03/09 | 217.00 | 4,466.85 |
| 37143 | 05/06/09 | 3,078.60 | 8,253.40 | 10,657.40 | 17,713.44 | | | 39,678.84 | 39,678.84 | 06/05/09 | 07/16/10 | 407.00 | 8,074.58 | 12/03/09 | 182.00 | 3,610.75 |
| 37216 | 06/05/09 | 3,292.69 | 8,676.92 | 11,228.80 | 18,709.24 | | | 41,907.65 | 41,907.65 | 07/05/09 | 07/16/10 | 377.00 | 7,899.59 | 12/03/09 | 152.00 | 3,184.98 |
| 37289 | 07/07/09 | 9,513.46 | 9,155.20 | 11,849.70 | 19,779.55 | | | 44,298.91 | 44,298.91 | 08/06/09 | 07/16/10 | 345.00 | 7,611.55 | 12/03/09 | 120.00 | 2,657.93 |
| 37346 | 08/03/09 | 3,614.15 | 9,446.05 | 12,224.30 | 20,398.66 | | | 45,683.16 | 45,683.16 | 09/02/09 | 07/16/10 | 318.00 | 7,263.62 | 12/03/09 | 93.00 | 2,124.27 |
| 37422 | 09/01/09 | 3,555.65 | 8,430.74 | 12,204.50 | 20,345.75 | | | 45,556.69 | 45,556.69 | 10/01/09 | 07/16/10 | 289.00 | 6,581.39 | 12/03/09 | 64.00 | 1,459.13 |
| 37517 | 10/05/09 | 3,458.74 | 9,207.20 | 11,915.20 | 19,822.80 | | | 44,403.94 | 44,403.94 | 11/04/09 | 07/16/10 | 255.00 | 5,661.50 | 12/03/09 | 30.00 | 666.06 |
| 37557 | 11/05/09 | 418.10 | 1,098.20 | 1,421.20 | 2,368.84 | | | 5,306.40 | 5,306.40 | 12/05/09 | 07/16/10 | 224.00 | 594.32 | | | |
| TOTAL | | 84,365.89 | 223,218.14 | 288,869.90 | 481,054.80 | 340,684.00 | 76,572.84 | 1,494,765.57 | 1,415,711.40 | | | | 489,779.52 | | | 330,514.64 |