IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| DEEP MARINE HOLDINGS, INC., Et al. | § § § | Case No. 09-39313 |
| | § § | Jointly Administered |
| Debtors. | § | Chapter 11 |

| | | |
|---|---|---|
| DEEP MARINE 1, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Adversary No. 10-03271 |
| THE DEEP MARINE LIQUIDATING TRUST (AS SUCCESSOR TO DEEP MARINE TECHNOLOGY INCORPORATED, DEEP MARINE HOLDINGS, INC., DEEP MARINE 1, LLC, DEEP MARINE 2, LLC, DEEP MARINE 3, LLC, AND DEEP MARINE 4, LLC); ET AL. | § § § § § § § § § | |
| Defendants. | § | |

## AGREED MOTION TO EXTEND THE DISCOVERY DEADLINE

General Electric Capital Corporation ("GE") and The Deep Marine Liquidating Trust ("Liquidating Trust") file this Motion to Extend the Discovery Deadline and, in support thereof, state as follows:

1. On October 18, 2010 this Court entered a Comprehensive Scheduling Order ("Scheduling Order") setting the discovery deadline for January 14, 2011 in the above matter.

2.      On December 14, 2010 the Liquating Trust and GE attended Court ordered mediation with all parties, held in Adversary No 10-3312, in an attempt to reach a global settlement of all claims, which was unsuccessful.  Since mediation, the Liquidating Trust and GE have been exploring the possibility of settling the Liquidating Trust's claims against GE.

3.      While settlement negotiations continue, the Liquidating Trust and GE are currently scheduling depositions and have been exchanging available dates.  The parties have agreed to extend the discovery deadline until January 31, 2011 in order that all depositions requested by each party may be completed.

4.      This adversary proceeding is currently set for trial on April 28, 2011.  Thus, extending the discovery deadline until January 31, 2011 will not prejudice either the Liquidating Trust or GE as the parties prepare for trial.

5.      The relief requested in this Agreed Motion is not sought for purposes of delay, but in the interest of justice.

**WHEREFORE,** the Liquidating Trust and GE pray that this Court enter an Order GRANTING their Agreed Motion to Extend the Discovery Deadline from January 14, 2011 to January 31, 2011, and for all other relief each party may be entitled to in law and equity.

Respectfully submitted,

BRACEWELL & GIULIANI LLP


By: /s/ Jason Cohen
    William Alfred Wood, III
    Jason G. Cohen
    Texas Bar No. 24050435
    Jason.Cohen@bgllp.com
    Bracewell & Giuliani LLP
    711 Louisiana, Suite 2300
    Houston, TX  77002
    Telephone:  (713) 223-2300
    Facsimile:  (713) 221-1212

*Attorneys for Plaintiff, Deep Marine 1, LLC and Defendant, The Deep Marine Liquidating Trust*

ADAMS AND REESE LLP


By: /s/ Susan C. Mathews
    John Duck[*]
    Federal Bar No. 17156
    Susan C. Mathews
    State Bar No. 05060650
    FBN: 8479
    Michael N. Mire
    State Bar No. 24010757
    FBN: 599148
    4400 One Houston Center
    1221 McKinney
    Houston, TX  77010
    Telephone:  (713) 652-5151
    Facsimile:  (713) 652-5152

*Attorneys for Defendant,
General Electric Capital Corporation*

---

[*] Admitted in the State of Louisiana.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served electronically via the Court's ECF notice on the parties listed below on this 7th day of January, 2011:

/s/ Susan C. Mathews
Susan C. Mathews

## SERVICE LIST

| *Counsel for Plaintiff – Deep Marine 1, LLC* | *Deep Marine Liquidating Trust* |
|---|---|
| William Alfred Wood, III<br>Bracewell & Giuliani LLP<br>711 Louisiana St, Ste 2300<br>Houston, TX 77002<br>713-221-1416<br>Fax : 713-221-1212<br>Email: trey.wood@bgllp.com<br><br>Jason Gary Cohen<br>Bracewell & Giuliani LLP<br>711 Louisiana St, Ste 2300<br>Houston, TX 77002<br>713-221-1416<br>Fax : 713-222-3209<br>Email: jason.cohen@bgllp.com | John Bittner, Liquidating Trustee<br>Grant Thornton LLP<br>1717 Main Street<br>Suite 1500<br>Dallas TX 75201<br>214-561-2300<br>Fax: 214-561-2370<br>Email: John.Bittner@GT.com |
| *Counsel for Defendant – Noble Denton Marine, Inc.* | *Counsel for Defendant – BNA Marine Services, LLC* |
| Jeff Goebel<br>GL Noble Denton, Inc.<br>5177 Richmond Ave<br>Suite 900<br>Houston, TX 77056<br>281-657-2265<br>Fax: 713-586-7007<br>Email: jeff.goebel@nobledenton.com | David W. Barry<br>Barry & Sewart, PLLC<br>4151 Southwest Freeway<br>Suite 680<br>Houston, TX 77027<br>713-722-0281<br>Fax : 713-722-9786<br>Email: bankruptcy@barryandsewart.com |

| | |
|---|---|
| <u>***Counsel for Defendant – Otto Candies, LLC***</u><br>Thomas S Henderson, III<br>Thomas S Henderson, Attorney at Law<br>711 Louisiana, Ste 3100<br>Houston, TX 77002<br>713-227-9500<br>Fax: 713-620-3023<br>Email: thenderson@tsh-atty.com | <u>***Counsel for Defendant – B&J Martin, Inc.***</u><br>Jacques P. DeGruy<br>Mouledoux, Bland, Legrand & Brackett<br>701 Poydras St., Ste 4250<br>New Orleans, LA 70139<br>504-595-3000<br>Fax: 504-522-2121 |
| <u>***Defendant – NREC Power Systems, Inc.***</u><br>Bryan F. Chaisson<br>CEO/Vice President<br>5222 Hwy 311<br>Houma, LA 70360-2878<br><br>Kip Crighton<br>985-851-4743<br>Email: Alexander@cajunnet.net | <u>***Counsel for Defendant – CapRock Communications, Inc.***</u><br>Edward L Rothberg<br>Hoover Slovacek, LLP<br>5847 San Felipe, Suite 2200<br>Houston, TX 77057<br>713-977-8686<br>Fax : 713-977-5395<br>Email: rothberg@hooverslovacek.com |
| <u>***Counsel for Defendant – Bollinger Shipyards Texas City, LP***</u><br>Stephen Lynn Williamson<br>Montgomery Barnett et al<br>1100 Poydras, Ste 3300<br>New Orleans, LA 70163<br>504-585-3200<br>Email: swilliamson@monbar.com | <u>***Counsel for Defendant – Aramark U.S. Offshore Services, LLC***</u><br>Angela Sheffler Abreu<br>McCarter & English<br>Four Gateway Center<br>100 Mulberry<br>Newark, NJ 07102<br>973-848-5378<br>Email: aabreu@mccarter.com |
| | <u>***Counsel for Defendant – Crossmar, Inc.***</u><br>Andrew T. Lilly<br>Montgomery Barnett, LLP<br>3300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>504-585-7637<br>Fax: 504-200-8937<br>Email: alilly@monbar.com<br><br>Ryan Matthew McCabe<br>Montgomery Barnett L.L.P.<br>3300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>504-585-7683<br>Fax: 504-200-8983<br>Email: rmccabe@monbar.com |

- 6 -

|  | Stephen Lynn Williamson<br>Montgomery Barnett et al<br>3300 Energy Centre<br>1100 Poydras<br>New Orleans, LA 70163<br>504-585-3200<br>Email: swilliamson@monbar.com |
|---|---|