

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/11/2011

| | | |
|---|---|---|
| In Re: | § § | |
| DEEP MARINE HOLDINGS, INC., Et al. | § § § | Case No. 09-39313 |
| | § § | Jointly Administered |
| Debtors. | § | Chapter 11 |

| | | |
|---|---|---|
| DEEP MARINE 1, LLC | § § | |
| Plaintiff, | § § | |
| v. | § § | Adversary No. 10-03271 |
| THE DEEP MARINE LIQUIDATING TRUST (AS SUCCESSOR TO DEEP MARINE TECHNOLOGY INCORPORATED, DEEP MARINE HOLDINGS, INC., DEEP MARINE 1, LLC, DEEP MARINE 2, LLC, DEEP MARINE 3, LLC, AND DEEP MARINE 4, LLC); ET AL., | § § § § § § § § § | |
| Defendants. | § | |

### ORDER GRANTING AGREED MOTION TO EXTEND THE DISCOVERY DEADLINE

Came on for consideration the Agreed Motion to Extend the Discovery Deadline filed by General Electric Capital Corporation and The Deep Marine Liquidating Trust. The Court, upon reviewing the Motion, is of the opinion that the Motion is well-taken and should in all things be GRANTED. It is, therefore

ORDERED that the Agreed Motion to Extend the Discovery Deadline is GRANTED and the discovery deadline currently set for January 14, 2011 is extended to January 31, 2011.

_____
Marvin Isgur
United States Bankruptcy Judge

JAX: 980659.1

Signed: January 11, 2011