# Exhibit 1



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**ENTERED**
**01/27/2011**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | **Case No. 09-39313** |
| Et al. | § | |
| | § | **Jointly Administered** |
| Debtors. | § | **Chapter 11** |

---

| | | |
|---|---|---|
| **DEEP MARINE 1, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Adversary No. 10-03271** |
| | § | |
| **THE DEEP MARINE LIQUIDATING** | § | |
| **TRUST (AS SUCCESSOR TO DEEP** | § | |
| **MARINE TECHNOLOGY** | § | |
| **INCORPORATED, DEEP MARINE** | § | |
| **HOLDINGS, INC., DEEP MARINE 1,** | § | |
| **LLC, DEEP MARINE 2, LLC, DEEP** | § | |
| **MARINE 3, LLC, AND DEEP MARINE** | § | |
| **4, LLC); ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING MOTION TO DISBURSE UNDISPUTED**
**FUNDS FROM THE REGISTRY OF THE COURT**

Came on for consideration the Motion to Disburse Undisputed Funds from the Registry

of the Court filed by General Electric Capital Corporation.  The Court, upon reviewing the

Motion and argument of the parties, is of the opinion that the Motion is well-taken and should in

all things be GRANTED.  It is, therefore

1

ORDERED that the Motion to Disburse Undisputed Funds from the Registry of the Court is hereby GRANTED and the Clerk of Court is hereby instructed to disburse $3.4 million to General Electric Capital Corporation from the Registry of the Court.

Signed: January 27, 2011

Marvin Isgur
Chief United States Bankruptcy Judge

ORDERED that the Motion to Disburse Undisputed Funds from the Registry of the Court

is hereby GRANTED and the Clerk of Court is hereby instructed to disburse $3.4

million to General Electric Capital Corporation from the Registry of the Court.

Signed: January 27, 2011

Marvin Isgur
Chief United States Bankruptcy Judge