# Exhibit 4

**DM1**  
**DIAMOND**  
**Funds Release**                                                                                      wd 422386

| | |
|---|---:|
| Vessel Sales Price - net | $9,915,597 |
| *DMT Claims (not settled)* | |
| Allocated Overhead Surcharge | (1,663,091) |
| LARS Ownership Claim | (500,000) |
| Bunkers and Lubes | (113,181) |
| ad valorem tax | (144,897) |
| Net Proceeds Remaining after DMT Claims | 7,494,428 |
| Release of funds to GE | (3,400,000) |
| Balance Available | 4,094,428 |
| Otto Candies Seaman Liens (with interest thru 7/16/10) | (4,291,198) |
| Otto Candies other liens (with interest through 7/16/10) | (1,905,491) |
| Interest from 7/16/10 to 1/16/11 (6 months) | (557,702)   18.00% |
| Attorneys fees | 0 |
| Projected Shortage | ($2,659,963) |