UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DEEP MARINE HOLDINGS, INC., et al. | § § | CASE NO. 09-39313-H1-11 |
| | § | (Chapter 11) |
| Debtor | § | (Consolidated) |

| | | |
|---|---|---|
| DEEP MARINE 1, LLC | § | |
| Plaintiff | § § | |
| V. | § | ADVERSARY NO. 10-3271 |
| | § | |
| THE DEEP MARINE LIQUIDATING TRUST, ET AL. | § § | |
| Defendants | § | |

**MOTION FOR ORAL ARGUMENT ON PENDING
MOTION FOR PARTIAL SUMMARY JUDGMENT (Docket No.133)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Otto Candies, LLC ("Candies"), cross-defendant herein, by and through its counsel, and files this Motion for Oral Argument on Pending Motion for Partial Summary Judgment, and would show as follows:

1.   On January 6, 2011, GECC filed its Motion for Partial Summary Judgment (the "MSJ") herein,[1] seeking a determination that its Preferred Ship Mortgage primed the maritime liens asserted by Candies.

2.   Candies filed a timely response in opposition to the MSJ, docketed herein at Docket No. 131.

3.   Candies is of the belief that oral argument would be of assistance to the Court in

---

[1]   The MSJ was in fact filed in the main case, docketed at Docket No. 984. On being apprised by Candies of the mis-filing, GECC, with the assistance of the Court's staff, refiled the MSJ in this adversary proceeding, which is docketed at Docket No. 133. The manner in which the MSJ was filed is not in issue between the parties.

its consideration of the MSJ and accordingly request the Court set a hearing on the MSJ at which time the parties can present argument and respond to any questions or concerns the Court may have with respect to the MSJ.

DATED: February 22, 2011

                                    Respectfully submitted,

                                    THOMAS S. HENDERSON, Attorney At Law

                                  By:    /s/ *Thomas S. Henderson*
                                        Thomas S. Henderson (TBA No. 09432300)

                                  South Tower, Pennzoil Place
                                  711 Louisiana, Suite 3100
                                  Houston, Texas 77002-2716
                                  Telephone: (713) 227-9500
                                  Facsimile:  (713) 620-3023

                                  ATTORNEYS FOR OTTO CANDIES LLC

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on all parties having appeared herein by ECF filing on the 22nd day of February, 2011.

                                    /s/ *Thomas S. Henderson*
                                        Thomas S. Henderson