

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/02/2011

| | | |
|---|---|---|
| In Re: | § § | |
| DEEP MARINE HOLDINGS, INC., Et al. | § § § | Case No. 09-39313 |
| | § | Jointly Administered |
| Debtors. | § § | Chapter 11 |

| | | |
|---|---|---|
| DEEP MARINE 1, LLC | § § | |
| Plaintiff, | § § § | |
| v. | § § | Adversary No. 10-03271 |
| THE DEEP MARINE LIQUIDATING TRUST (AS SUCCESSOR TO DEEP MARINE TECHNOLOGY INCORPORATED, DEEP MARINE HOLDINGS, INC., DEEP MARINE 1, LLC, DEEP MARINE 2, LLC, DEEP MARINE 3, LLC, AND DEEP MARINE 4, LLC); ET AL., | § § § § § § § § § | |
| Defendants. | § § | |

**ORDER GRANTING GENERAL ELECTRIC CAPITAL CORPORATION'S
MOTION TO EXTEND THE DISCOVERY DEADLINE**

Came on for consideration Defendant and Cross-Plaintiff, General Electric Capital Corporation's ("GE") Motion to Extend the Discovery Deadline. The Court, upon reviewing the Motion, is of the opinion that the Motion is well-taken and should in all things be GRANTED. It is, therefore

ORDERED that the Motion to Extend the Discovery Deadline is GRANTED; it is further

ORDERED that the discovery deadline is extended from March 15, 2011 to April 15,

Signed: March 02, 2011

_____
Marvin Isgur
Chief United States Bankruptcy Judge