

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/08/2011

| | | |
|---|---|---|
| IN RE: § | | |
| DEEP MARINE HOLDINGS, INC., *et al*, § | Case No. 09-39313 | |
| Debtor(s). § | | |
| § | Chapter 11 | |
| § | | |
| DEEP MARINE 1, LLC, *et al*, § | | |
| Plaintiff(s) § | | |
| § | | |
| VS. § | Adversary No. 10-03271 | |
| § | | |
| DEEP MARINE LIQUIDATING TRUST § | | |
| (AS SUCCESSOR TO DEEP MARINE § | | |
| HOLDINGS, INC., DEEP MARINE § | | |
| TECHNOLOGY INCORPORATED, DEEP § | | |
| MARINE 1, LLC, AND DEEP MARINE 2, § | | |
| LLC), *et al*, § | | |
| Defendant(s). § | Judge Isgur | |

## JUDGMENT

The proceeds of the sale of the Bunkers & Lubes, in the amount of $113,181.20, are property of Deep Marine Technology, Inc. The Clerk of Court is ordered to disburse the $113,181.20, plus applicable interest, to John Bittner, Trustee.

SIGNED **March 7, 2011.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE