

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/21/2011

| | | |
|---|---|---|
| IN RE: § | | |
| DEEP MARINE HOLDINGS, INC., *et al*, § | Case No. 09-39313 | |
|     Debtor(s). § | | |
| § | Chapter 11 | |
| § | | |
| DEEP MARINE 1, LLC, *et al*, § | | |
|     Plaintiff(s) § | | |
| § | | |
| VS. § | Adversary No. 10-03271 | |
| § | | |
| DEEP MARINE LIQUIDATING TRUST § | | |
| (AS SUCCESSOR TO DEEP MARINE § | | |
| HOLDINGS, INC., DEEP MARINE § | | |
| TECHNOLOGY INCORPORATED, DEEP § | | |
| MARINE 1, LLC, AND DEEP MARINE 2, § | | |
| LLC), *et al*, § | | |
|     Defendant(s). § | Judge Isgur | |

### Order to Respond

Otto Candies, LLC must respond to General Electric Capital Corporation's Motion to Compel the Depositions of the Candies Parties (ECF No. 160) no later than 12:00 p.m. on March 23, 2011.

To the extent that Candies acknowledges GE's entitlement to take one or more of the requested depositions, the response should also include available dates for such depositions.

SIGNED **March 21, 2011.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE